## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

REGINALD SMITH

SHERIFF OF COOK COUNTY and COOK COUNTY, ILLINOIS

**07CV6166**
**JUDGE DARRAH**
**MAG.JUDGE BROWN**

*JH*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

REGINALD SMITH

**FILED**

NOV - 1 2007 *rg*
NOV. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Kenneth N. Flaxman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Kenneth N. Flaxman |

| FIRM |
|---|
| Kenneth N. Flaxman P.C. |

| STREET ADDRESS |
|---|
| 200 S Michigan Ave., Ste 1240 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 08830399 | (312) 427-3200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐