## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6166 | **DATE** | 11/7/07 |
| **CASE TITLE** | Smith v. Sheriff of Cook County, et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing is set for 1/23/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|