# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

**Case: 07 C 6166**

REGINALD SMITH,

Plaintiff,                                    Judge John W. Darrah

v.

SHERIFF OF COOK COUNTY AND COOK COUNTY, Illinois.

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas J. Dart, Sheriff of Cook County, and Cook County, Defendants.

| | |
|---|---|
| NAME | Daniel J. Fahlgren, Assistant State's Attorney |
| SIGNATURE | *s/Daniel J. Fahlgren* |
| FIRM | COOK COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS | 500 RICHARD J. DALEY CENTER |
| CITY/STATE/ZIP | CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06201163 | TELEPHONE NUMBER (312) 603-3304 Dfahlgr@cookcountygov.com |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐