UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REGINALD SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 C 6166 |
| -vs- ) | |
| ) | Judge John W. Darrah |
| SHERIFF OF COOK COUNTY ) | |
| and COOK COUNTY, ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Kenneth N. Flaxman          Thomas Morrissey
      200 S. Michigan Ave.        Law Office
      Suite 1240                  10249 S. Western Ave.
      Chicago, IL 60604           Chicago, IL 60643

PLEASE TAKE NOTICE that on **November 29, 2007 at 9:00 A.M.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Darrah in the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **Defendants' Motion to Enlarge Time to Move, Answer or Otherwise Plead.**

                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

                                        By:  *s/Daniel J. Fahlgren*
                                             Daniel J. Fahlgren
                                             Assistant State's Attorney
                                             500 Richard J. Daley Center
                                             Chicago, Illinois 60602
                                             (312) 603-3304
                                             6201163

### CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on November 19, 2007, electronically, pursuant to ECF Gen Order XI (C).

                                        *s/Daniel J. Fahlgren*