# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6166 | **DATE** | 11/27/07 |
| **CASE TITLE** | Smith v. Sheriff of Cook County, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Motion to enlarge time is granted. Defendants have until December 20, 2007 to file an answer or otherwise plead.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|