**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REGINALD SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs- | ) | 07 C 6166 |
| | ) | |
| SHERIFF OF COOK COUNTY, | ) | Honorable John W. Darrah |
| and COOK COUNTY, ILLINOIS, | ) | Judge Presiding |
| | ) | |
| Defendants | ) | |

## NOTICE OF FILING

**TO:**  Kenneth N. Flaxman           Thomas Morrissey
200 S. Michigan Ave.          Law Office
Suite 1240                    10249 S. Western Ave.
Chicago, IL 60604             Chicago, IL 60643

PLEASE TAKE NOTICE that on December 17, 2007 I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **Defendants County of Cook and Sheriff of Cook County's Answer to the Amended Complaint.**

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By    _s/Daniel J. Fahlgren_
Daniel J. Fahlgren #6201163
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL. 60602
(312) 603-3304

## CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named persons on December 17, 2007 electronically, pursuant to ECF Gen Order XI (C).

_s/ Daniel J. Fahlgren_