IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Reginald Smith | ) 07 C 6166 |
| v. | ) |
| | ) Judge John W. Darrah |
| Sheriff of Cook County | ) |
| and Cook County | ) |

NOTICE OF FILING

To: See Service List

    Please Take Notice that on January 18, 2008, I filed with the United States District Court for the Northern District of Illinois, Eastern Division, Written Report of Rule 26(f) Planning Conference.

    Dated this January 18, 2008 at Chicago, Il.

    Respectfully submitted

    /s/ Thomas G. Morrissey

Thomas G. Morrissey, ltd
10249 S. Western Ave.
Chicago, Il. 60643

CERTIFICATE OF SERVICE

    Thomas G. Morrissey, states that he served the foregoing Initial Joint Status Report by electronic filing on January 18, 2008

                                     /s/<u>Thomas G. Morrissey</u>
                                        Thomas G. Morrissey

Mr. Daniel Fahlgren
Office of the State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602