## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6166 | **DATE** | 2/26/2008 |
| **CASE TITLE** | Reginald Smith vs. Sheriff of Cook County | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery ordered closed on 8/25/08. Pretrial conference set for 1/22/09 at 1:30 p.m. Jury trial set for 1/26/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|