IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Reginald Smith ) 07 C 6166
    v. )
) Judge John W. Darrah
Sheriff of Cook County )
and Cook County )

## Stipulation To Dismiss

Plaintiff, by and through his attorneys, Thomas G. Morrissey, Ltd., and Kenneth N. Flaxman and Defendants Sheriff of Cook County and Cook County, by and through their attorney Richard A. Devine, State's Attorney of Cook County, through his Assistant State's Attorney, Daniel J. Fahlgren , and hereby request the following:

1. The parties stipulate to the dismissal of the Plaintiff's claims against Defendants, Sheriff of Cook County and Cook County , with prejudice and without costs and attorneys fees because this matter has been settled to the mutual satisfaction of the parties.

2. This Court shall retain jurisdiction of this matter in the event that any party fails to fulfill any agreed conditions, and /or pay the agreed settlement amount.

Wherefore , Plaintiffs and Defendants pray that this Honorable Court enter an order of dismissal terminating the case against Defendants Sheriff of Cook County and Cook County, in its entirety, with prejudice and without costs or attorneys fees.

/s/ Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Ave,
Chicago, Il. 60643

/s/ Daniel J. Fahlgren
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Il. 60602