## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| REGINALD SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs- ) | 07 C 6166 |
| ) | |
| SHERIFF OF COOK COUNTY, ) | Honorable John W. Darrah |
| and COOK COUNTY, ILLINOIS, ) | |
| ) | |
| Defendants ) | |

## NOTICE OF FILING

**TO:**  Kenneth N. Flaxman              Thomas Morrissey
        200 S. Michigan Ave.            Law Office
        Suite 1240                       10249 S. Western Ave.
        Chicago, IL 60604                Chicago, IL 60643

PLEASE TAKE NOTICE that on September 12, 2008, I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **Parties Joint Stipulation to Dismiss.**

                                Respectfully submitted,
                                RICHARD A. DEVINE
                                State's Attorney of Cook County

                        By    __s/Daniel J. Fahlgren_____
                                Daniel J. Fahlgren #6201163
                                Assistant State's Attorney
                                500 Richard J. Daley Center
                                Chicago, IL. 60602
                                (312) 603-3304

## CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named persons on September 12, 2008, electronically, pursuant to ECF Gen Order XI (C).

                                 _s/ Daniel J. Fahlgren___ _