UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Reginald Smith
                        Plaintiff,

v.                                                      Case No.: 1:07–cv–06166
                                                             Honorable John W. Darrah

Sheriff of Cook County, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2008:

      MINUTE entry before the Honorable John W. Darrah:Parties having filed a joint stipulation to dismiss, this case is dismissed with prejudice and without costs. Civil case terminated. Pretrial conference set for 1/22/09 and jury trial set for 1/26/09 is vacated. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.